1   CROSNER LEGAL, P.C.
    Craig W. Straub (SBN 249032)
2   craig@crosnerlegal.com
    Michael T. Houchin (SBN 305541)
3   mhouchin@crosnerlegal.com
    Kurt D. Kessler (SBN 327334)
4   kurt@crosnerlegal.com
5   9440 Santa Monica Blvd. Suite 301
    Beverly Hills, CA 90210
6   Tel: (866) 276-7637

7   Attorneys for Plaintiff
8

9              **UNITED STATES DISTRICT COURT FOR THE**
10                 **EASTERN DISTRICT OF CALIFORNIA**
11                       **SACRAMENTO DIVISION**

| KENDALL HILL, individually and on behalf of all other similarly situated, | Case No. 2:25-cv-00669-CSK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i)** |
| v. | |
| BARCEL USA, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kendall Hill dismissed her individual claims in the above-captioned matter with prejudice. The claims of the putative class, if any, are dismissed without prejudice. Each party is to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

Dated: May 7, 2025                     CROSNER LEGAL, P.C.

By:     /s/ Craig W. Straub
           Craig W. Straub

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Kurt D. Kessler (SBN 327334)
kurt@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637

Attorneys for Plaintiff